granted so far as to insert the word "unanimously" before the word "ordered" in the order.

SABIN, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Albert A. Sabin against Collins G. Jones. No opinion. Judgment affirmed, with costs.

SALVINSKY et al., Respondents, v. LEVIN, Appellant. (City Court of New York, General Term. January 3, 1899.) Action by Solomon Salvinsky and another against Marks Levin. Henry M. Levin, for appellant. Abraham Levy, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

SANDERS, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Term. January 23, 1899.) Action by Jennie Sanders against Adolph Richter. C. Brandt, Jr., for appellant. L. W. Harburger, for respondent.

PER CURIAM. This case was tried at the same time, and submitted on the same testimony, as that of Wilking v. This Defendant (Sup.) 55 N. Y. Supp. 582. For the reasons stated in the opinion handed down in that case, the judgment herein must be reversed, and a new trial ordered, with costs to appellant to abide the event.

In re SCHEIDEBERG. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Herman Scheideberg. No opinion. Motion granted, with $10 costs.

SCHEURER et al., Appellants, v. GROUND HOG TUNNEL & MINING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Peter Scheurer and others against the Ground Hog Tunnel & Mining Company and others. C. A. Brodek, for appellants. W. S. Haskell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 55 N. Y. Supp. 743.

SEXSMITH, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Thomas Sexsmith against Henry H. Mills. No opinion. Order affirmed, with $10 costs and disbursements.

SIEFKE, Respondent, v. SIEFKE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Herman Siefke against Henry Siefke. De Lancey Nicoll, for appellant. William Allan, for respondent.

McLAUGHLIN, J. The evidence introduced upon this trial is substantially the same as that offered on the former trial. On the former trial the complaint was dismissed, but on appeal this court held (6 App. Div. 472, 39 N. Y. Supp. 601), that the trial court erred, and that the case should have been submitted to the jury. The law as declared on the previous appeal is

the law of this case. I think, therefore, that the judgment and order should be affirmed, with costs. VAN BRUNT, P. J., and PATTERSON, J., concur. For the reasons stated by Mr. Justice INGRAHAM on the former appeal, O'BRIEN and INGRAHAM, JJ., dissent. See 47 N. Y. Supp. 953.

SILVER, Respondent, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Fannie L. Silver against the Fidelity & Deposit Company of Maryland. No opinion. Judgment and order affirmed, with costs.

SIMON, Respondent, v. LONG ISLAND MUT. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Harry Simon against the Long Island Mutual Fire Insurance Company. No opinion. Judgment and order denying motion for a new trial on the minutes reversed, and a new trial ordered, with costs to the appellant to abide the event. Held, that the verdict is contrary to the weight of evidence. Order denying motion for a new trial on the ground of newly-discovered evidence reversed, with $10 costs and disbursements. ADAMS, J., concurs. WARD, J., concurs in the result. HARDIN, P. J., not voting. See 50 N. Y. Supp. 736.

SISSINGH, Respondent, v. BERNHARDT et al., Appellants. (Supreme Court, Appellate Term. January 23, 1899.) Action by Albert Sissingh against Bika Bernhardt and others. Martin Paskusz, for appellants. Louis Levy, for respondent.

PER CURIAM. Counsel on both sides, in their briefs, which have been submitted to the court, refer to the proceedings in the attachment suit, and to the transfer to the plaintiff of the cause of action arising under the bond as being in evidence. The record, however, utterly fails to show that any such proof was offered or received, nor have any exhibits in that regard been transmitted to us. The record must, therefore, be sent back to the trial justice for a further return, and the case restored to the general calendar for argument.

SMITH, Appellant, v. COE, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Frank S. Smith, as receiver, against Edward P. Coe. C. W. Artz, for appellant. C. B. Hubbell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH v. CROCKER. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Frederick H. Smith, Jr., against Henry J. Crocker. No opinion. On payment of $10 costs, order amended by inserting the word "unanimously" before the word "ordered."

SMITH, Appellant, v. POERSHKE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Ac-